**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
3111 Camino Del Rio North
Suite 400
San Diego, California 92108
+1 310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHELLE J. MARTINEZ, | Case No. 3:19-cv-02402-DMS-BGS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| BLACKBAUD, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that ROSHELLE J. MARTINEZ ("Plaintiff") and BLACKBAUD, INC. ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a dismissal with prejudice within 45 days.

DATED: January 10, 2020                                        Respectfully submitted,

                                                               **ROSHELLE J. MARTINEZ**

                                                               By: */s/ Nicholas M. Wajda*

                                                               Nicholas M. Wajda
                                                               **WAJDA LAW GROUP, APC**
                                                               3111 Camino Del Rio North
                                                               Suite 400
                                                               San Diego, California 92108
                                                               +1 310-997-0471
                                                               nick@wajdalawgroup.com

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 10, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                             */s/ Nicholas M. Wajda*