Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
3111 Camino Del Rio North
Suite 400
San Diego, California 92108
+1 310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHELLE J. MARTINEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>BLACKBAUD, INC.,<br><br>       Defendant. | Case No. 3:19-cv-02402-DMS-BGS<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

Plaintiff, ROSHELLE J. MARTINEZ, and Defendant, BLACKBAUD, INC., acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this action against BLACKBAUD, INC., with each party to bear its own attorney's fees and costs.

DATED: February 26, 2020              Respectfully submitted,

*/s/ Nicholas M. Wajda*               */s/ Artin Betpera*

Nicholas M. Wajda                     Artin Betpera
**WAJDA LAW GROUP, APC**              **WOMBE BOND DICKINSON (US),**
3111 Camino Del Rio North             **LLP**
Suite 400                             3200 Park Center Drive
San Diego, California 92108           Suite 700
+1 630-997-0471                       Costa Mesa, California 92626
nick@wajdalawgroup.com                +1 714-557-3800
*Counsel for Roshelle J. Martinez*    Artin.betpera@wbd-us.com
                                      *Counsel for Blackbaud, Inc.*