# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHELLE J. MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKBAUD, INC.,<br><br>　　　　　Defendant. | Case No. 3:19-cv-02402-DMS-BGS<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREDUDICE AS TO DEFENDANT BLACKBAUD, INC.** |

　　　Plaintiff, ROSHELLE J. MARTINEZ, and Defendant, BLACKBAUD, INC.having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

　　　1.  The stipulation is approved. The action against BLACKBAUD, INC. is hereby dismissed with prejudice.

Dated:  February 28, 2020

_____
Hon. Dana M. Sabraw
United States District Judge

1